AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

JUSTIN GREGORY

*Plaintiff(s)*

v.

ELEVATE RECOVERIES, LLC

*Defendant(s)*

Civil Action No. 4:19-cv-03931

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELEVATE RECOVERIES, LLC
C/O REGISTERED AGENT
MICHAEL MOORE
3600 S. GESSNER SUITE 225
HOUSTON, TX 77063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: October 11, 2019



s/ S. Shelby
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-03931

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ELEVATE RECOVERIES, LLC was received by me on *(date)* Oct 14, 2019, 11:53 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MICHAEL MOORE, who is designated by law to accept service of process on behalf of *(name of organization)* ELEVATE RECOVERIES, LLC, on *(date)* Fri, Oct 18, 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 10/21/2019

*Server's signature*

Ray G. Sturges - Process Server - PSC-1198 Exp. 7/31/20

*Printed name and title*

P. O. Box 958, League City, TX 77574

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 18, 2019, 12:38 pm at 3600 S. GESSNER RD., SUITE 225, HOUSTON, TX 77063 received by ELEVATE RECOVERIES, LLC, BY DELIVERING TO ITS REGISTERED AGENT, MICHAEL MOORE.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, COMPLAINT AND ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES.